Case number 15-7013, Tawana Jones appellant versus David Sean Dufat Sr. et al. Ms. Dennis for the appellant, Ms. Neuberger for the appellee.
judges: Henderson, Kavanaugh, Randolph